# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2042
Lower Tribunal No. 23-28858-CA-01
_____

**Carlos A. Zarraluqui, Esq.,**
Appellant,

vs.

**Fetes & Events, Inc., et al.,**
Appellees.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Kozyak Tropin & Throckmorton, LLP, and Jorge L. Piedra and Katherine A. Mitchell, for appellant.

Gunster and Michael B. Green and Lawrence G. Horsburgh and Jonathan K. Osborne, for appellees.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.